UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

IN RE MERIDIAN FUNDS GROUP SECURITIES & : 09-MD-2082 (TPG)
EMPLOYEE RETIREMENT INCOME SECURITY :
ACT (ERISA) LITIGATION : **STIPULATION AND**
: **PROPOSED ORDER**
:
-------------------------------------------------------------------- x

        WHEREAS, on January 8, 2013, the parties received notice of the Court's January 7, 2013 decision and order granting in part and denying in part Defendants' motion to dismiss the consolidated amended class action complaint ("Complaint");

        WHEREAS, Defendants' answer to the remaining claims ("Answer") is due on January 22, 2013;

        WHEREAS, there have been no previous requests for adjournment or extension of Defendants' time to Answer the Complaint.

        NOW THEREFORE, the parties have agreed that Defendants shall have until February 28, 2013 to Answer the remaining claims in the Complaint.

Dated: New York, New York
       January __, 2013

ROBBINS GELLER RUDMAN & DOWD LLP      FRESHFIELDS BRUCKHAUS DERINGER US LLP

By: _____        By: _____
David A. Rosenfeld                        Marshall H. Fishman
Edward Y. Kroub                         David J. Onorato
58 South Service Road, Suite 200          Dana L. Post
Melville, New York 11747                 Samuel J. Rubin
631-367-7100                              601 Lexington Avenue, 31st Floor
                                       New York, New York 10022
*Lead Counsel for Plaintiff*                  212-277-4000

                                       *Counsel for Defendants*

IT IS SO ORDERED: _____     Dated: January __, 2013
                     Thomas P. Griesa, U.S.D.J.
1/16/13

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 16, 2013